FILED
 2007 Feb-20  AM 11:03
U.S. DISTRICT COURT
   N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | Case Number: CR 06-S-390-S |
| ) | |
| **GREGORY MARCEL ROBINSON.** ) | |

## MEMORANDUM OPINION

This matter is before the court on the defendant's motion to suppress or dismiss Counts One and Two of the indictment premised on an allegation that the United States has failed to produce audio and/or video tapes of the drug transaction referenced in those counts (doc. no. 10).  The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the defendant and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, the defendant's motion to suppress or dismiss (doc. no. 10) is due to be denied.

DONE this 20th day of February, 2007.

_____
United States District Judge